UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS MATTOS,<br><br>   Plaintiff,<br><br>   v.<br><br>NATIONSTAR MORTGAGE, LLC DBA MR. COOPER; and DOES 1-10, inclusive,<br><br>   Defendants. | Case No.  2:24-cv-02508-DJC-DMC<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND DEADLINE TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS** |

After consideration of the pleadings as well as all other matters presented to the Court, and good cause having been shown, the Court rules as follows:

The Court GRANTS the Joint Stipulation of Plaintiff, Thomas Mattos ("Plaintiff"), and Defendant, Nationstar Mortgage LLC d/b/a Mr. Cooper (*erroneously sued as Nationstar Mortgage, LLC dba Mr. Cooper*) ("Defendant").

Defendant's deadline to file and serve its Reply in Support of Motion to Dismiss First Amended Complaint be extended an additional two (2) weeks from June 27, 2025, to, and including, July 11, 2025.

**IT IS SO ORDERED.**

Dated: June 27, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE