CDLG, PC
Tony Cara, Esq., SBN: 170720
2973 Harbor Boulevard, Suite 594
Costa Mesa, CA 92626-3912
Phone: (888) 615-6765
Fax: (888) 660-8874
E-mail: Litigation.CDLG@gmail.com

Attorneys for Plaintiff,
THOMAS MATTOS

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS MATTOS,<br><br>    Plaintiff,<br><br>    v.<br><br>NATIONSTAR MORTGAGE, LLC,<br><br>    Defendant. | Case No.:   2:24-cv-02508-DJC-DMC<br><br>**ORDER APPROVING STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE** |

The Court, having considered the Stipulation for Dismissal of Action with Prejudice (the "Stipulation") entered into between the parties, and finding good cause appearing therefor, ORDERS that:

1. The Stipulation is **APPROVED**.
2. Defendant's Motion to Dismiss, ECF No. 26, is **DENIED AS MOOT** and the hearing on said motion, set for December 18, 2025, is **VACATED**.
3. This action is hereby dismissed **WITH PREJUDICE**.
4. Each party shall bear its/her own attorneys' fees and costs.

**IT IS SO ORDERED**.

DATED:  November 26, 2025            /s/ Daniel J. Calabretta
                                     THE HONORABLE DANIEL J. CALABRETTA
                                     UNITED STATES DISTRICT JUDGE

1

ORDER APPROVING STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE